AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Citibank Account No. 92042784 | )<br>)<br>) Case No.<br>) 12 2421 PWG<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____Maryland_____ is subject to forfeiture to the United States of America under __18, 21__ U.S.C. § __981(b), 853(f)__ *(describe the property)*:

Citibank Account No. 92042784

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Applicant's signature

TFO Terry L. Hose Jr.
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/16/12

City and state: Baltimore Md

_____
Judge's signature

Paul W. Grimm USMJ
Printed name and title